UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BURKE MORRILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 2:20-CV-64-D** |
| KILOLO KIJAKAZI, Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 27]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 22], GRANTS defendant's motion for judgment on the pleadings [D.E. 24], AFFIRMS defendant's final decision, and DISMISSES this action.

<u>**This Judgment Filed and Entered on February 28, 2022, and Copies To:**</u>
Branch W. Vincent, III                    (via CM/ECF electronic notification)
Christian M. Vainieri                      (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK
February 28, 2022                  (By) /s/ Nicole Sellers
                                    Deputy Clerk